Commonwealth *v.* Haywood, Appellant.

Submitted March 19, 1973. *Francis X. Nolan,* and *Donsky, Katz, Levin & Dashevsky,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Hill, Appellant.

Submitted March 19, 1973. *Lee Mandell,* and *Charleston & Fenerty,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.